UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14011-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ORLIN HUMBERTO ALVAREZ-MARTINEZ

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge Frank J. Lynch, Jr. on March 10, 2014.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant is hereby adjudicated guilty and sentencing is set for Friday, May 30, 2014 at 11:00 a.m.

**DONE and ORDERED** in West Palm Beach, this 26th day of March, 2014.

                                        **KENNETH A. MARRA**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    All counsel